# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

THOMAS R. BRAND, JR.,

    Plaintiff,

vs.

WARDEN NEVEN, et al.,

    Defendants.

Case No. 3:08-CV-00197-LRH-(RAM)

**ORDER**

    The Court found that the Complaint (#6) failed to state a claim upon which relief could be granted. The Court directed Plaintiff to file an amended complaint, or the Court would dismiss this action. Order (#5). Plaintiff has not filed an amended complaint within the allotted time.

    IT IS THEREFORE ORDERED that this action is **DISMISSED** without prejudice for failure to state a claim upon which relief can be granted. The Clerk of the Court shall enter judgment accordingly.

    DATED this 4th day of August, 2008.

                                                       LARRY R. HICKS  
                                                       UNITED STATES DISTRICT JUDGE